1116

No. 78–797. K. G. MOORE, INC. v. ANDERSON. Ct. App. Mass. Certiorari denied.

No. 78–799. BOARD OF SUPERVISORS OF BUCKINGHAM TOWNSHIP v. BARNESS ET AL. Commw. Ct. Pa. Certiorari denied.

No. 78–814. THOMPSON v. COVINGTON HOUSING DEVELOPMENT CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 78–815. NORTHWEST POWER PRODUCTS, INC. v. OMARK INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–827. BALL v. COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–834. McAX SIGN Co., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 78–848. R. G. BARRY CORP. v. MUSHROOM MAKERS, INC. C. A. 2d Cir. Certiorari denied.

No. 78–879. RABBITT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 78–887. COLONIAL BANK & TRUST Co. v. DEPARTMENT OF FINANCIAL INSTITUTIONS OF INDIANA. Ct. App. Ind. Certiorari denied.

No. 78–888. GROSVENOR ET AL. v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–928. LOPP v. LOPP. Sup. Ct. Ind. Certiorari denied.